John R. GORDON, Appellant,

v.

Michale A. GORDON, Respondent.

No. WD 53503.

Missouri Court of Appeals,
Western District.

Oct. 28, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 23, 1997.

Application for Transfer Denied
Jan. 27, 1998.

Thomas Hankins, Gladstone, for Appellant.

David Sexton, Gladstone, for Respondent.

Before LAURA DENVIR STITH, P.J.,
and BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM.

This case follows a remand of *Gordon v. Gordon,* 924 S.W.2d 529 (Mo.App.1996). In *Gordon,* we held that a contractual agreement to pay a child's college expenses may be duplicative of Form 14 child support payments and, as such, constituted a change of circumstances. *Gordon,* 924 S.W.2d at 535. We remanded to the trial court to determine a child support amount for the parties' college-student daughter, Sarah, which did not include a duplication of her college living expenses. The trial court modified the child support order for Sarah while she was attending college. Affirmed. Rule 84.16(b) V.A.M.R.